## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

ARNALDO RAFAEL AURE IBARRA,　）
　　　　　　　　　　　　　　　）
　　　　　　　　Petitioner,　　　）
v.　　　　　　　　　　　　　　　）　　　　Case No. CIV-25-1519-R
　　　　　　　　　　　　　　　）
SCARLET GRANT, et al.,　　　　　）
　　　　　　　　　　　　　　　）
　　　　　　　　Respondents.　　）

## JUDGMENT

Pursuant to the Order entered this same date, the Court grants Petitioner's habeas petition in part. Respondents are directed to provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a).

ENTERED this 4th day of March, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE